UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 21cr1092-JLS |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| IRMA LETISIA YORGENSEN | ) | |
| Defendant. | ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter be continued from May 21, 2021 at 1:30 p.m. to June 18, 2021, at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by June 11, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: May 19, 2021

Honorable Janis L. Sammartino
United States District Judge

21cr1092-JLS